MN-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

<u>Unclaimed Dividends/Distribution Less Than $5 For Deposit To
Registry Fund</u>

Debtor: Darin & Tammy Horner                    Chapter 7 Case No. 06-32096

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| Minnwest Bank South<br>250 3rd St. PO Box 1069<br>Tracy, MN 56175 | 2 | 2,366.14 | $.89 |
| Credit Bureau of Marshall, PO Box 99<br>Marshall, MN 56258-0099 | 3-7 | $6,274.68 total | $2.37 total |
| Beta Financial Inc., PO Box 6000<br>Crown Point, IN 56308-6000 | 8 | $3,501.31 | $1.33 |
| Auto Value Tracy, PO Box 1185<br>Tracy, MN 56175 | 9 | $1,758.02 | $.66 |
| US Dept Education, PO Box 5609<br>Greenville, TX 75403 | 10 | $6,012.39 | $2.28 |
| Chase Bank USA, PO Box 740933<br>Dallas, TX 75374 | 11 | $397.11 | $.15 |
| Vativ Recovery Solutions, PO Box 19249<br>Sugarland TX 77496 | 13 | $140.37 | $.05 |

Dated: August 16, 2010

*/s/ Paul Bucher*
PAUL W. BUCHER, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN 55903-0549
TELEPHONE (507) 288-9111